## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: SHEETZ, GORDON F.<br><br>   AMERICAN TUBS & TOPS<br>Debtor(s) | § Case No. 10-71846<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/08/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 06/15/2011     By: /s/BERNARD J. NATALE
                                         Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: SHEETZ, GORDON F. | § | Case No. 10-71846 |
|---|---|---|
| | § | |
| AMERICAN TUBS & TOPS | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,600.08 |
| *and approved disbursements of* | $ | 1,195.11 |
| *leaving a balance on hand of* [1] | $ | 5,404.97 |
| **Balance on hand:** | $ | 5,404.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 5,404.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,410.01 | 0.00 | 1,410.01 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,062.75 | 0.00 | 2,062.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 21.26 | 0.00 | 21.26 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 3,494.02 |
| Remaining balance: | $ | 1,910.95 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,910.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,242.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-3 | Internal Revenue Service | 1,242.14 | 0.00 | 1,242.14 |

Total to be paid for priority claims: $ 1,242.14
Remaining balance: $ 668.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,536.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-3 | Internal Revenue Service | 21,648.74 | 0.00 | 270.45 |
| 3 | World's Foremost Bank | 10,281.77 | 0.00 | 128.44 |
| 4 | Nicor Gas | 461.11 | 0.00 | 5.76 |
| 5 | Chase Bank USA,N.A | 254.40 | 0.00 | 3.18 |
| 6 | PRA Receivables Management, LLC | 1,063.92 | 0.00 | 13.29 |
| 7 | Capital One Bank (USA), N.A. | 2,983.03 | 0.00 | 37.27 |
| 8 | Capital One Bank (USA), N.A. | 5,729.91 | 0.00 | 71.58 |
| 9 | Harris Bank | 11,113.53 | 0.00 | 138.84 |

Total to be paid for timely general unsecured claims: $ 668.81
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 10-71846-MB
Gordon F. Sheetz                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: lorsmith              Page 1 of 2              Date Rcvd: Jul 07, 2011
                             Form ID: pdf006             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2011.

```
db          +Gordon F. Sheetz,    459 Marquette Ave,    Cary, IL 60013-2913
aty         +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
aty         +Richard T Jones,    666 Russel Court, #214,    Woodstock, IL 60098-2671
aty         +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
15410252     AT&T,    Attn: Bankruptcy Department,    Post Office Box 8100,    Aurora, IL 60507-8100
15410253    +Cabelas/Worlds Foremost Bank,    4800 NW 1st Street, #300,    Lincoln, NE 68521-4463
15410254    +Capital One,    1957 Westmoreland,    Post Office Box 26094,    Richmond, VA 23260-6094
15410255    +Capital One,    c/o NCO Financial Systems,    Post Office Box 12100, Dept. 64,
              Trenton, NJ 08650-2100
15923017     Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
              Charlotte, NC  28272-1083
15667578    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15410256     ComEd,    Attn.: Revenue Management,    2100 Swiss Drive,    Oak Brook, Il 60523
15738485    +Constance Sheetz,    28 Marryat,    Cary, Il 60013-2609
15410257     Culligan,    Post Office Box 5277,    Carol Stream, IL 60197-5277
15410261    +Harris Bank,    c/o Transworld Systems,    Psot Office Box 1864,    Santa Rosa, CA 95402-1864
15410259    +Harris Bank,    c/o Kamm, Shapiro & Demuth,    17 N. State Street, #900,    Chicago, IL 60602-3569
15410260    +Harris Bank,    Divisional Operations,    114 W. First Street,    Hinsdale, IL 60521-4013
15410258    +Harris Bank,    3800 Golf Road, #300,    Post Office Box 8759,    Rolling Meadows, IL 60008-8759
15492301    +Harris NA,    % Jose Moreno,    Codilis & Associates PC,    15W030 No Frontage Road  Ste 100,
              Burr Ridge, Il 60527-6921
15410262    +Harris Trust & Savings,    c/o Codilis & Assoc.,    15W030 N. Frontage Rd., #100,
              Burr Ridge, IL 60527-6921
15410263    +Harris Trust & Savings Bank,    111 West Monroe Street,    Chicago, Il 60603-4095
15489141    +Harris, N.A.,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
              Burr Ridge, IL 60527-6921
15410264   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court:   Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
15410265    +KHI Lidquidation Trust,    c/o C&W Consultants,    Post Office Box 8338,
              Rolling Meadows, IL 60008-8338
15679425    +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Sams Club,
              POB 41067,    Norfolk VA 23541-1067
15410268     Progressive,    Dept. 0561,    Carol Stream, IL 60132-0561
15410270    +Sams Club,    c/o Allied Interstate,    3000 Corporate Exchange Dr.,    Columbus, OH 43231-7689
15572696     WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15410266     E-mail/PDF: cr-bankruptcy@kohls.com Jul 08 2011 00:16:32     Kohls,    Post Office Box 2983,
              Milwaukee, WI 53201-2983
15410267     E-mail/Text: bankrup@nicor.com Jul 07 2011 23:09:21      Nicor,    Post Office Box 2020,
              Aurora, Il 60507-2020
15581035    +E-mail/Text: bankrup@nicor.com Jul 07 2011 23:09:21      Nicor Gas,    PO Box 549,
              Aurora IL 60507-0549
15410269    +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2011 00:16:10      Sams Club,    Post Office Box 981064,
              El Paso, TX 79998-1064
                                                                                              TOTAL: 4
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
 District/off: 0752-3          User: lorsmith              Page 2 of 2            Date Rcvd: Jul 07, 2011
                               Form ID: pdf006             Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2011**                          **Signature:**    *Joseph Speetjens*