# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: SHEETZ, GORDON F.                                §   Case No. 10-71846
                                                        §
      AMERICAN TUBS & TOPS                           §
Debtor(s)                                               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $177,870.00                  Assets Exempt:  $21,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,910.95      Claims Discharged
                                                Without Payment: $60,821.06

Total Expenses of Administration: $4,689.13

---

    3) Total gross receipts of $   6,600.08   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $6,600.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $152,102.30 | $148,197.37 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,689.13 | 4,689.13 | 4,689.13 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,242.14 | 1,242.14 | 1,242.14 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 71,947.74 | 63,818.18 | 53,536.41 | 668.81 |
| **TOTAL DISBURSEMENTS** | $224,050.04 | $217,946.82 | $59,467.68 | $6,600.08 |

4) This case was originally filed under Chapter 7 on April 13, 2010. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/15/2011          By: /s/BERNARD J. NATALE
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1995 Harley Davidson Heritage-debtor's possessio | 1129-000 | 6,600.00 |
| Interest Income | 1270-000 | 0.08 |
| **TOTAL GROSS RECEIPTS** | | **$6,600.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Harris, N.A. | 4110-000 | 152,102.30 | 148,197.37 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$152,102.30** | **$148,197.37** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 21.26 | 21.26 | 21.26 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,062.75 | 2,062.75 | 2,062.75 |
| ACTION AUCTIONEERING | 3610-000 | N/A | 990.00 | 990.00 | 990.00 |
| ACTION AUCTIONEERING | 3620-000 | N/A | 200.00 | 200.00 | 200.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 1,410.01 | 1,410.01 | 1,410.01 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 5.11 | 5.11 | 5.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,689.13 | 4,689.13 | 4,689.13 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-3 | Internal Revenue Service | 5800-000 | N/A | 1,242.14 | 1,242.14 | 1,242.14 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 1,242.14 | 1,242.14 | 1,242.14 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-3 | Internal Revenue Service | 7100-000 | 19,261.34 | 21,648.74 | 21,648.74 | 270.45 |
| 3 | World's Foremost Bank | 7100-000 | 10,197.93 | 10,281.77 | 10,281.77 | 128.44 |
| 4 | Nicor Gas | 7100-000 | 361.60 | 461.11 | 461.11 | 5.76 |
| 5 | Chase Bank USA, N.A | 7100-000 | 221.36 | 254.40 | 254.40 | 3.18 |
| 6 | PRA Receivables Management, LLC | 7100-000 | 1,063.92 | 1,063.92 | 1,063.92 | 13.29 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 2,551.17 | 2,983.03 | 2,983.03 | 37.27 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 5,563.92 | 5,729.91 | 5,729.91 | 71.58 |
| 9 | Harris Bank | 7100-000 | 24,773.04 | 11,113.53 | 11,113.53 | 138.84 |
| 10 | World's Foremost Bank | 7100-000 | N/A | 10,281.77 | 0.00 | 0.00 |
| NOTFILED | Harris Bank c/o Kamm, Shapiro & Demuth | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 170.51 | N/A | N/A | 0.00 |
| NOTFILED | Culligan | 7100-000 | 124.40 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Harris Bank Divisional Operations | 7100-000 | 333.68 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank c/o Transworld Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club c/o Allied Interstate | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | KHI Lidquidation Trust c/o C&W Consultants | 7100-000 | 6,950.00 | N/A | N/A | 0.00 |
| NOTFILED | Progressive | 7100-000 | 69.30 | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o NCO Financial Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 305.57 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 71,947.74 | 63,818.18 | 53,536.41 | 668.81 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71846  
**Case Name:** SHEETZ, GORDON F.  
**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 08/27/10 (c)  
**§341(a) Meeting Date:** 10/14/10  
**Period Ending:** 11/14/11  
**Claims Bar Date:** 01/28/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 459 Marquette Avenue, Cary, IL | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-Harris Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account-Harris Bank | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account-Atlanta Posal Credit Union | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous household goods & | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous books & pictures-debtor's possessi | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Necessary wearing apparel-debtor's possession | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous sports equipment-debtor's possessi | 600.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1 share CME Group | 250.00 | 0.00 | DA | 0.00 | FA |
| 10 | 50% interest in Nu Finish Solutions, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1995 Harley Davidson Heritage-debtor's possessio | 6,000.00 | 6,000.00 |  | 6,600.00 | FA |
| 12 | 2003 Chrysler Town & Country; 119,000 miles-debt | 5,000.00 | 170.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.08 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$183,870.00** | **$6,170.00** |  | **$6,600.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE TO LIQUIDATE A MOTORCYCLE.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011          **Current Projected Date Of Final Report (TFR):**   June 15, 2011  (Actual)

Printed: 11/14/2011 06:13 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-71846 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | SHEETZ, GORDON F. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******20-65 - Money Market Account |
| Taxpayer ID #: | **-***4330 | | Blanket Bond: | $606,000.00   (per case limit) |
| Period Ending: | 11/14/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/22/11 | {11} | Action Auctioneering | Pymt for sale of motorcycle | 1129-000 | 6,600.00 | | 6,600.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 6,600.01 |
| 05/23/11 | 1001 | ACTION AUCTIONEERING | Pymt of Fees & Expenses of Auctioneer Per Order Entered 5/23/11 | | | 1,190.00 | 5,410.01 |
| | | | 990.00 | 3610-000 | | | 5,410.01 |
| | | | 200.00 | 3620-000 | | | 5,410.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,410.06 |
| 06/02/11 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #10-71846, BOND #016018067 | 2300-000 | | 5.11 | 5,404.95 |
| 06/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 5,404.97 |
| 06/15/11 | | To Account #9200******2066 | Transfer for Final Report | 9999-000 | | 5,404.97 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,600.08 | 6,600.08 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,404.97 | |
| | | | **Subtotal** | | 6,600.08 | 1,195.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,600.08** | **$1,195.11** | |

{} Asset reference(s)                                                                                   Printed: 11/14/2011 06:13 PM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-71846 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | SHEETZ, GORDON F. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******20-66 - Checking Account |
| Taxpayer ID #: | **-***4330 | | Blanket Bond: | $606,000.00   (per case limit) |
| Period Ending: | 11/14/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/15/11 | | From Account #9200******2065 | Transfer for Final Report | 9999-000 | 5,404.97 | | 5,404.97 |
| 08/10/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,410.01, Trustee Compensation;  Reference: | 2100-000 | | 1,410.01 | 3,994.96 |
| 08/10/11 | 102 | World's Foremost Bank | Distribution paid   1.24% on $10,281.77; Claim# 3; Filed: $10,281.77; Reference: 2257 | 7100-000 | | 128.44 | 3,866.52 |
| 08/10/11 | 103 | Nicor Gas | Distribution paid   1.24% on $461.11; Claim# 4; Filed: $461.11; Reference: 6734 | 7100-000 | | 5.76 | 3,860.76 |
| 08/10/11 | 104 | PRA Receivables Management, LLC | Distribution paid   1.24% on $1,063.92; Claim# 6; Filed: $1,063.92; Reference: 8695/SAMS CLUB | 7100-000 | | 13.29 | 3,847.47 |
| 08/10/11 | 105 | Harris Bank | Distribution paid   1.24% on $11,113.53; Claim# 9; Filed: $11,113.53; Reference: | 7100-000 | | 138.84 | 3,708.63 |
| 08/10/11 | 106 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 3.18 | 3,705.45 |
| 08/10/11 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,084.01 | 1,621.44 |
| | | | Dividend paid 100.00%    2,062.75 on $2,062.75;  Claim# ATTY; Filed: $2,062.75 | 3110-000 | | | 1,621.44 |
| | | | Dividend paid 100.00%    21.26 on $21.26;  Claim# EXP; Filed: $21.26 | 3120-000 | | | 1,621.44 |
| 08/10/11 | 108 | Capital One Bank (USA), N.A. | Combined Check for Claims#7,8 | | | 108.85 | 1,512.59 |
| | | | Dividend paid   1.24% on    37.27 $2,983.03;  Claim# 7; Filed: $2,983.03; Reference: 4943 | 7100-000 | | | 1,512.59 |
| | | | Dividend paid   1.24% on    71.58 $5,729.91;  Claim# 8; Filed: $5,729.91; Reference: 6637 | 7100-000 | | | 1,512.59 |
| 08/10/11 | 109 | Internal Revenue Service | Combined Check for Claims#1U-3,1P-3 | | | 1,512.59 | 0.00 |
| | | | Dividend paid   1.24% on    270.45 $21,648.74;  Claim# 1U-3; Filed: $21,648.74; Reference: 6734 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    1,242.14 on $1,242.14;  Claim# 1P-3; Filed: $1,242.14; Reference: 6734 | 5800-000 | | | 0.00 |

Subtotals :     $5,404.97     $5,404.97

{} Asset reference(s)

Printed: 11/14/2011 06:13 PM     V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-71846 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** SHEETZ, GORDON F. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******20-66 - Checking Account |
| **Taxpayer ID #:** **-***4330 | **Blanket Bond:** $606,000.00   (per case limit) |
| **Period Ending:** 11/14/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **5,404.97** | **5,404.97** | **$0.00** |
| | | | Less: Bank Transfers | | 5,404.97 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **5,404.97** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,404.97** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******20-65** | 6,600.08 | 1,195.11 | 0.00 |
| **Checking # 9200-******20-66** | 0.00 | 5,404.97 | 0.00 |
| | **$6,600.08** | **$6,600.08** | **$0.00** |

{} Asset reference(s)                                                                                         Printed: 11/14/2011 06:13 PM    V.12.57